## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY JONES, | : |
| Petitioner | : |
| | : CIVIL ACTION NO. 3:14-2282 |
| v. | : |
| | : (Judge Mannion) |
| CYNTHIA ENTZEL, | : |
| Acting Warden | |
| Respondent | : |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus, (Doc. 1) is **DISMISSED** for lack of jurisdiction

2. The Clerk of Court shall **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated:   April 20, 2015**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-2282-01-order.wpd